IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH J. FLOWERS,

        Plaintiff,                No. CIV S-08-2751 KJM P

        vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,           ORDER AND

        Defendants.          FINDINGS AND RECOMMENDATIONS

                                  /

        By an order filed December 8, 2008, plaintiff was ordered to file an in forma pauperis affidavit and a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

6  DATED: January 29, 2009.

_____
U.S. MAGISTRATE JUDGE

9  pa/flow2751.fifp